IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**BASIM DAUWD JAMI**<br><br>**aka DAVID JACKSON**<br><br>Defendant. | Criminal No. 1:25-mj-671 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Shaman Douglass, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with ATF and have been so employed since September 20, 2015. I am assigned to a field office based in Northern Virginia. During my participation in law enforcement, I have conducted and assisted with arrests, search warrants, and court orders. I have investigated and assisted in investigations involving firearms and other matters, which have resulted in arrests and convictions.

2. As a Special Agent with ATF, I am an "investigative and law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18, 21, and 26 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging BASIM DAUWD JAMI (hereinafter referred to as "JAMI") with possession of a firearm by a prohibited person—here, an individual knowing that he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year—in violation of Title 18, United States Code 922(g)(1).

4. The facts and information contained in this affidavit are based upon my personal knowledge, training and experience, as well as information and evidence obtained from other law enforcement officials. All observations I did not personally make were relayed to me by the individuals who made them or come from my review of records, documents, and other physical evidence obtained during the course of the investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## PROBABLE CAUSE

5. On or about June 11, 2025, Officer Jason Herbert and Patrolman Travis Bucklew from the City of Fairfax Police Department ("CFPD") were looking for JAMI, who was wanted on an outstanding probation violation warrant. Officers Herbet and Bucklew conducted a field contact with an individual whom they believed to be JAMI. Upon speaking with this individual, the officers confirmed that this individual was not JAMI. However, this individual stated that he knew JAMI and had just been speaking with him down the street a few minutes prior to the officers' approach. The individual pointed the officers in the direction of where he had been speaking with JAMI.

6. At approximately 10:27 a.m. that day in Fairfax, Virginia, within the Eastern District of Virginia, Officers Herbert and Bucklew observed a subject whom they believed to be JAMI. When officers attempted to stop JAMI, he fled on foot. Officers followed JAMI, who went into the parking garage of the City of Fairfax Regional Library, located at 10360 North Street, Fairfax VA, 22030.

7. Officer Herbert briefly lost sight of JAMI in the garage, but within a few seconds he observed JAMI in between two vehicles. One was a Gray Dodge Caravan and the other was a black

Subaru. There was a female standing in the driver's side doorway of the black Subaru. JAMI complied with commands to lay on the ground. JAMI was taken into custody without incident.

8. JAMI confirmed his name and date of birth to the officers who confirmed the existence of the warrant. JAMI was subsequently placed under arrest. After JAMI was taken into custody, Officer Herbert found a loaded firearm under the Gray Dodge Caravan.

9. Officers spoke with the owner of the Gray Dodge Caravan and confirmed with her that there was no firearm on the ground when she parked her vehicle before entering the library.

10. On July 18, 2025, CFPD initiated a Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") trace report of the weapon found during JAMI's arrest.

11. On July 25, 2025, the ATF trace report indicated that the firearm was a Taurus 9mm caliber pistol, model PT24/7 G2.

12. The trace report indicated that the 9mm caliber pistol was imported from Brazil by Taurus International Manufacturing. Additionally, the 9mm caliber pistol bears a "Made in Brazil" engraving on the side. Photographs of both sides of the 9mm caliber pistol taken after it was confiscated by CFPD are provided below.




13. Based on my training and experience I know that a 9mm caliber pistol will or is designed to or may readily be converted to expel a projectile by the action of an explosive, in accordance with the definition of a firearm under 18 U.S.C. § 921(a)(3).

14. On Wednesday September 10, 2025, your affiant along with Officer Herbert from CFPD interviewed W-1. W-1 came forward shortly after JAMI was arrested claiming the firearm seized was his and that he had lost it. W-1 provided proof of ownership of the firearm. W-1 stated that he knew JAMI and JAMI had been staying at W-1's property.

15. Your affiant reviewed criminal history checks ran by an ATF task force officer for JAMI, which showed that JAMI has been convicted of numerous felony offenses in the Commonwealth of Virginia. The convictions are as follows:

a. On May 15, 1984, JAMI was convicted of statutory burglary in Fairfax County Circuit Court;

b. On September 23, 1985, JAMI was convicted of two counts of statutory burglary in Fairfax County Circuit Court;

c. On November 7, 1986, JAMI was convicted of aggravated sexual battery and burglary in Fairfax County Circuit Court;

d. On December 12, 1986, JAMI was convicted of receiving stolen property in Fairfax County Circuit Court;

e. On June 22, 2007, JAMI was convicted of possession and transport of a firearm by a convicted felon in Fairfax County Circuit Court; and

f. On November 9, 2007, JAMI was convicted of burning or destroying a dwelling and burglary in Fairfax County Circuit Court.

## CONCLUSION

16. Based on the foregoing, I submit there is probable cause to believe that on or about June 11, 2025, in the city of Fairfax, Virginia, in the Eastern District of Virginia, JAMI, knowing that he has been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess a firearm, in violation of Title 18, United States Code, Section 922(g)(l), and I request that a criminal complaint and arrest warrant be issued for JAMI.

Respectfully submitted,

SHAMAN DOUGLASS
Digitally signed by SHAMAN DOUGLASS
Date: 2025.11.26 11:47:11 -05'00'

Shaman Douglass
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Subscribed and sworn to me by telephone in accordance
With Fed. R. Crim. P. 4.1 on November 26, 2025:

*William C. Fitzpatrick*
The Honorable
United States Magistrate Judge
Alexandria, Virginia

Case 1:25-mj-00671-WBP   Document 2   Filed 11/26/25   Page 5 of 5 PageID# 6

knowingly possess a firearm, in violation of Title 18, United States Code, Section 922(g)(l), and I request that a criminal complaint and arrest warrant be issued for JAMI.

Respectfully submitted,

SHAMAN DOUGLASS
Digitally signed by SHAMAN DOUGLASS
Date: 2025.11.26 11:47:11 -05'00'

Shaman Douglass
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Subscribed and sworn to me by telephone in accordance
With Fed. R. Crim. P. 4.1 on November 26, 2025:

*William C. Fitzpatrick*
The Honorable
United States Magistrate Judge
Alexandria, Virginia